PER CURIAM.
Affirmed upon authority of Capelouto v. Orkin Exterminating Co. of Florida, Fla. 1966, 183 So.2d 532; Beery v. Plastridge Agency, Inc., Fla.App.1962, 142 So.2d 332; Atlas Travel Service v. Morelly, Fla.App. 1957, 98 So.2d 816; Accord: Standard Newspapers, Inc. v. Woods, Fla.1959, 110 So.2d 397; Section 542.12(2), Florida Statutes, F.S.A.
Affirmed.
ANDREWS, Acting C. J., CROSS, J., and GONZALEZ, JOSE A., JR., Associate Judge, concur.